Gerald D. **FULLER,** Plaintiff-
Appellant,

v.

Warden Frank B. **BISHOP,** Jr.; F.S.C. II
Larry D. Hanlin; Supervisor; Keefe
Commissary Network Sales, Defen-
dants-Appellees.

No. 17-6423

United States Court of Appeals,
Fourth Circuit.

Submitted: August 30, 2017

Decided: September 22, 2017

Gerald D. Fuller, Appellant Pro Se. An-
kush Nayar, OFFICE OF THE ATTOR-
NEY GENERAL OF MARYLAND, Balti-
more, Maryland, for Appellees.

Before WILKINSON and AGEE,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Gerald Davis Fuller appeals the district
court's orders granting summary judg-
ment to defendants in his action filed un-
der 42 U.S.C. § 1983 (2012) and denying
his motion to reconsider. We have re-
viewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Fuller v.
Bishop,* No. 1:15-cv-02524-WMN, 2017 WL
386536 (D. Md. Jan. 27 & Mar. 31, 2017).

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
this court and argument would not aid the
decisional process.

*AFFIRMED*